No. 921. NEW YORK CENTRAL RAILROAD COMPANY ET AL., PETITIONERS, *v.* CITY OF CHICAGO. April 22, 1918. Petition for a writ of certiorari to the Supreme Court of

the State of Illinois denied. *Mr. Robert J. Cary, Mr. F. Harold Schmitt, Mr. M. L. Bell, Mr. Thomas P. Littlepage* and *Mr. Sidney F. Taliaferro* for petitioners. No appearance for respondent.